**IT IS ORDERED as set forth below:**

Date: June 13, 2011

_____
**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-20600 - REB |
| JENNIFER L. GABRIEL,<br>      Debtor. | CHAPTER 7 |
| U.S. BANK, N.A.,<br>      Movant. | |
| v. | CONTESTED MATTER |
| JENNIFER L. GABRIEL,<br>BETTY A. NAPPIER, ESQ., Trustee,<br>      Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay May 11, 2011, together with a Notice of Hearing set for May 25, 2011 (Doc. No. 12), regarding Debtor's real estate located at 2329 Marbleridge Drive, Gainesville, GA  30501 (the "Property") and contends service was  proper

upon the above-captioned Respondents. Respondents did not oppose Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

**PENDERGAST & ASSOCIATES, P.C.**

By: /s/Kisha Clark
Kisha Clark
Georgia Bar Number 754011
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
kclark@penderlaw.com
Attorney for Movant
Firm File Number: 11-05163

DISTRIBUTION LIST

Betty A. Nappier, Esq.
Law Office of B.A. Nappier
P. O. Box 1649
Cumming, GA 30028-1649

Barbara Ann Cole, Cole
Barbara Cole, Attorney at
Law, LLC
539 Green St., NW
Gainesville, GA  30501

Jennifer L. Gabriel
2329 Marbleridge Drive
Gainesville, GA  30501

Kisha Clark
Pendergast  & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346